UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Gary LaBarbera and Frank Finkel,
as Trustees of Local 282, etc.,

                       Plaintiff,        CV-08-2428 (CPS)

    - against -                    ORDER

Specialty Flooring Systems, Inc.,

                       Defendant.

----------------------------------------X

No objections to the Report and Recommendation of Magistrate Judge Steven M. gold dated March 10, 2009 having been filed by the parties, the Report and Recommendation is hereby adopted. Counsel for the plaintiff is directed to serve a copy of the within on the defendant at its last known address, to file proof of service with the court, and to settle a judgment on notice in conformity with the Report and Recommendation not later than April 10, 2009.

The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

SO ORDERED.

Dated:   Brooklyn, New York
        March 31, 2009

                                        s/Hon. Charles P. Sifton
                                        United States District Judge